# SHER TREMONTE LLP

August 31, 2021

**VIA ECF**

The Honorable Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

## MEMO ENDORSED

Re: *United States v. James Glisson*
Case No. 15-Cr-618 (LTS)

Dear Chief Judge Swain:

I represent James Glisson, the defendant in the above-referenced action. I write, with consent from the government, to respectfully request a sixty-day adjournment of Mr. Glisson's violation of supervised release hearing, currently scheduled for September 16, 2021 at 12:00 p.m. I have conferred with AUSA Bodansky, who indicated that the government joins in Mr. Glisson's request for adjournment.

This is Mr. Glisson's first request for adjournment of the violation of supervised release hearing in the above-referenced action.

The foregoing adjournment request is granted. The violation of supervised release hearing is hereby rescheduled for December 2, 2021 at 12:00 pm. Docket entry no. 33 is resolved.
SO ORDERED. 9/3/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully,

*/s/*
Michael Tremonte

*Attorneys for James Glisson*

cc: AUSA Jonathan Bodansky (via ECF)