UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No.  15-CR-618-LTS

JAMES GLISSON,                                           ORDER

           Defendant.

-------------------------------------------------------x

The violation of supervised release hearing in this case is scheduled to proceed on **January 5, 2022, at 10:45 a.m.**, in Courtroom **20B**.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York                       /s/ Laura Taylor Swain
       December 22, 2021                        LAURA TAYLOR SWAIN
                                                            Chief United States District Judge