UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                               No.   15 CR 618-LTS

JAMES GLISSON,

        Defendant.

-------------------------------------------------------x

## Order

The violation of supervised release hearing that was scheduled to occur via video conference on January 18, 2022, at 9:00 a.m., is rescheduled to occur on **January 25, 2022, at 9:00 a.m**.  All other provisions of the Court's Order dated January 10, 2022 (docket entry no. 45), remain in effect.

       SO ORDERED.

Dated: New York, New York
       January 18, 2022

                                                                  /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge